### A. C. FLOWERS v. STATE.

No. A-3974.   Opinion Filed Nov. 28, 1922.
(210 Pac. 1118.)

Appeal from County Court, Stephens County; G. T. Burrows, Judge.

A. C. Flowers was convicted of a violation of the prohibitory liquor law, and he appeals.   Affirmed.

Bond & Morris, for plaintiff in error.

George F. Short, Atty. Gen., and N. W. Gore, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error and Denny Swan were by information jointly charged with unlawfully conveying 7½ gallons of whisky from a place unkown to a place about two miles east of Owl City, in Stephens county. Upon his separate trial the plaintiff in error, Flowers, was convicted, and his punishment fixed at a fine of $400 and confinement in the county jail for 30 days.   From the judgment rendered on the verdict on the 22d day of February, 1921, an appeal was duly perfected.   The errors assigned question the sufficiency of the evidence to support the verdict.   An examination of the record shows that the testimony of the witnesses for the state support the allegations of the information, and that no testimony was offered on the part of the defense, and it is apparent that the errors assigned are destitute of merit.   The judgment of the trial court is therefore affirmed.   Mandate forthwith.